■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. THEODORE MILLER, Defendant.— Motion by defendant to dispense with printing and for assignment of counsel. Motion denied, without prejudice to its renewal after defendant shall have served and filed a timely notice of appeal (see Code Crim. Pro., § 521). Defendant's present notice of appeal is premature. It appears that he served it on or about April 30, 1962, and that he is attempting to appeal from an order which was not entered until May 1, 1962 and not served on him until May 2, 1962. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

## (May 14, 1962)

■ In the Matter of MARK DANIEL ROTH.— Application for admission to the Bar denied. It appears from the record submitted that the applicant has not been "an actual resident of the State of New York for six months prior to the filing of his application for admission to practice", as required by rule (Rules Civ. Prac., rule 1, subd. [f], par. [3]; cf. Matter of Horwitz, 276 App. Div. 918). This denial is without prejudice to a renewal of the application upon proof by the applicant of his compliance with the rule as to residence (see Matter of Horwitz, supra). Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ In the Matter of the Estate of MATTIE WILLIAMS, Deceased. MAUDE L. REAVIS, Individually and as Administratrix D. B. N. of the Estate of MATTIE WILLIAMS, Deceased, Appellant; LOTTIE V. WILLIAMS, Respondent. — Motion by appellant for leave to appeal to the Court of Appeals, denied. Ughetta, Acting P. J., Kleinfeld, Brennan, Hill and Hopkins, JJ., concur.

■ (A) CASTLE INN RESTAURANT, INC., et al., Respondents, v. STASSA PREVELEGIANOS et al., Appellants. (B) HARRY GUTMAN, Individually and Doing Business as TARGET SUPER SERVICE Co., Respondent, v. JOHN FERO, Individually and/or Doing Business as SUPERIOR DISTRIBUTORS, Appellant.— [In each action] Motion by appellant for a stay, pending appeal, denied. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ In the Matter of SOL GORDON, Also Known as SOLOMON GORDON, an Attorney, Respondent. JOHN P. COHALAN, Petitioner.— Motion by petitioner's successor in office, Bernard C. Smith, District Attorney of Suffolk County, to confirm the Official Referee's report granted except as to the recommendation of discipline to be imposed. Under all the circumstances, respondent is suspended from the practice of law for a period of 6 months, commencing 30 days after entry of the order hereon. Beldock, P. J., Kleinfeld, Brennan, Rabin and Hopkins, JJ., concur.